UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

         -against-

MICHAEL PAJACZKOWSKI,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2022

15 Cr. 606 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing in this action scheduled for October 18, 2022, is ADJOURNED to **February 14, 2023**, at **1:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Defendant's submission is due by **January 31, 2023**. The Government's submission is due by **February 7, 2023**.

      SO ORDERED.

Dated: September 26, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge