# HUSCH BLACKWELL

Matthew P. Diehr
Partner

190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Direct: 314.480.1916
Fax: 314.480.1505
Matthew.Diehr@huschblackwell.com

January 31, 2023

Hon. Analisa Torres
United States District Judge
United States District Court for the Southern
District of New York
500 Pearl Street
New York, NY 10007
 Torres_NYSDChambers@nysd.uscourts.gov

Re:    *US v. Pajaczkowski*, 15 Cr. 606 Adjournment

Hon. Analisa Torres:

I am due to appear in Courtroom 15D of the U.S. Courthouse, 500 Pearl Street, New York, New York 10007 at 1:00 PM on February 14, 2023 for a sentencing set in the above-referenced case.

As indicated in correspondence with chambers, sentencing on this date would represent a substantial imposition for my family, as my wife is expecting our child very near to the date of February 14, 2023, and I wanted to respectfully request a modest adjournment and ask the court to adjourn the sentencing of Mr. Pajaczkowski to another date.

I am currently working with government counsel to identify mutually agreeable dates for adjournment of Mr. Pajaczkowski's sentencing, and I will follow up in this regard without delay so as not to impede the ends of justice.

Thank you very much for considering this request.

Sincerely,

HUSCH BLACKWELL LLP

Matthew P. Diehr