UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MICHAEL PAJACZKOWSKI,

                                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2023

15 Cr. 606 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing scheduled for February 14, 2023, is ADJOURNED to **April 11, 2023**, at **2:30 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Defendant's submission is due by **March 28, 2023**. The Government's submission is due by **April 4, 2023**.

SO ORDERED.

Dated: February 2, 2023
          New York, New York

ANALISA TORRES
United States District Judge